IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STAN KASUDA, Ph.D.;<br><br>Plaintiff,<br><br>vs.<br><br>PIZZA RANCH, INC., an Iowa corporation; DOES 1-5, and OMAHA FREDERICK PR, LLC, a Nebraska LLC;<br><br>Defendants. | 8:17CV248<br><br>ORDER |

Counsel have advised that this case is resolved, but they cannot file dismissal documents until they receive notice of amounts owed to pay off government liens.

Accordingly,

IT IS ORDERED:

1) The case progression schedule (including the trial and pretrial conference settings) is vacated.

2) The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes.

3. The Clerk shall set a case management deadline of February 7, 2018 for confirming that this case has been dismissed or, in the alternative, to contact counsel and determine the status of resolving the government lien issue.

November 7, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge