IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STAN KASUDA, Ph.D.;<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PIZZA RANCH, INC., an Iowa corporation; DOES 1-5, and OMAHA FREDERICK PR, LLC, a Nebraska LLC;<br><br>　　　　　　Defendants. | **8:17CV248**<br><br>**ORDER** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 26),

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiff and Defendants are dismissed with prejudice, the parties to pay their own costs and attorney fees.

February 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge